# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL FERRANDO, *et al.*,

    Plaintiffs,

v.

KRAUSE, INC., *et al.*,

    Defendants.

Case No. 2:02-cv-00241-LDG (LRL)

**ORDER**

    The plaintiffs, Paul and Jackie Ferrando, move *in limine* (#92) to preclude the defendants from offering into evidence, soliciting testimony about, or referring to in any manner the surveillance videotape.  The defendants, Krause, Inc. and Home Depot (USA), Inc. oppose the motion (#107).

    In their motion, the plaintiffs assert that the defendants' purpose in offering the videotape is to show Ferrando inappropriately using a ladder, thereby establishing that he has also misused the ladder on the date of the accident.  Such character evidence is inadmissible pursuant to Federal Rule of Evidence 404(a).

    The defendants respond that the tape shows Ferrando engaged in activities other than improperly using a ladder, which other activities tend to negate Ferrando's claims as to the extent of his disabilities resulting from the ladder accident.  In addition, they suggest

1  that the scenes of Ferrando improperly using a ladder are admissible to impeach Ferrando
2  because "he *essentially* testified that he *always* followed the instructions with regard to use
3  of the Krause ladder because ladder usage carries with it a certain amount of risk."
4  (Emphasis added.)  The court disagrees with the defendants' assesment that Ferrando
5  "essentially testified" that he always followed instructions in using the Krause ladder.
6  Rather, the testimony to which the defendants direct the court's attention concerns
7  Ferrando's use of the Krause ladder on the date of the accident.  Thus, the testimony that
8  defendants seek to impeach is Ferrando's testimony that he used the ladder correctly on
9  the date of the accident.  Such evidence would impeach Ferrando only if the jury first
10  concludes that, on the date of the accident, Ferrando acted in conformity with his use of
11  the ladder as seen in the surveillance videotape.  Rule 404(a) precludes the admission of
12  evidence for this purpose.
13       Accordingly,
14       THE COURT **ORDERS** that Plaintiffs' Motion in Limine to Preclude Defendants from
15  Offering into Evidence, Soliciting Testimony About, or Referring to in Any Manner the
16  Surveillance Tape (#92) is GRANTED in part and DENIED in part as follows: Defendants
17  are precluded from offering into evidence, soliciting testimony about, or referring in any
18  manner to those portions of the videotape in which Paul Ferrando is using a ladder.
19  Defendants may offer into evidence, solicit testimony about, and refer to the remainder of
20  the surveillance videotape.
21
22  DATED this __23__ day of August, 2006.
23
24                                                 Lloyd D. George
25                                                 United States District Judge
26